UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   CASE NO: 8:05-cr-123-T-35MAP

**ROBERTO GOMEZ**

_____

### ORDER

This cause comes before the Court upon periodic review. A review of the case docket reveals that on June 15, 2005, a Warrant was issued as to Defendant **ROBERTO GOMEZ**. (Dkt. 83) As of the date of this Order, the arrest warrant has yet to be executed. No substantive activity has occurred in the case since the issuance of the warrant.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**. The Government may reopen this matter once the fugitive defendant has been apprehended.

2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

**THE DEFENDANT IS TO REMAIN IN FUGITIVE STATUS**.

**DONE and ORDERED** in Tampa, Florida, this 21st day of September, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service